# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Shawn S. Smith<br>　　　　　　　　Debtor(s)<br><br>The Money Source Inc., its successors and/or assigns<br>　　　　　　　　Movant<br>　　vs.<br><br>Shawn S. Smith<br>　　　　　　　　Debtor(s)<br><br>Scott F. Waterman<br>　　　　　　　　Trustee | CHAPTER 13<br><br><br><br><br>NO. 18-15603 JKF<br><br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　　Kindly withdraw the NOTICE OF MOTION of The Money Source Inc., which was filed with the Court on or about **February 26, 2020 : Document #66.**

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　**/s/ Rebecca A. Solarz, Esquire**
　　　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　412-430-3594

February 27, 2020