IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Shawn S. Smith | : | No. 18-15603-JKF |
|     Debtor | : | |

### ANSWER TO MOTION OF THE MONEY SOURCE INC. FOR RELIEF FROM THE AUTOMATIC STAY

1. Admitted.

2. Admitted

3. Admitted.

4. Admitted..

5. Admitted.

6. Denied. Debtor avers all payments have been made.

7. Denied. Debtor avers all payments have been made.

8. Denied.

9. No response.

                                              /s/ David M. Offen
                                              David M. Offen
                                              Attorney for Debtor(s)

Dated:3/3/20

### CERTIFICATE OF SERVICE

The following has been served by electronic mail:

Rebecca Solarz on behalf of The Money Source, Inc.
bkgroup@kmllawgroup.com

                                              /s/ David M. Offen
                                              David M. Offen
                                              Attorney for Debtor

Dated: 3/3/20