WWR# 040179992

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>SHAWN S SMITH<br>                 Debtor<br>MMCA LEASE LTD.,<br>                 Movant | CASE NO. 18-15603-JKF<br>CHAPTER 13 |

## WITHDRAWAL OF APPEARANCE/ENTRY OF APPEARANCE

Kindly withdraw the appearance of Brian Langford as attorney for Movant and enter Nathalie Paul as attorney for Movant in all matters for the duration of this bankruptcy case without prejudice.

Date: March 10, 2020

/s/ Nathalie Paul
Nathalie Paul, PA Bar No. 309118
Attorney for Movant
170 S. Independence Mall W., Suite 874W
Philadelphia, PA 19106
267-940-1643
npaul@weltman.com

WWR# 040179992

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>SHAWN S SMITH<br>　　　　　　　Debtor.<br>MMCA LEASE LTD.,<br>　　　　　　　Movant. | CASE NO. 18-15603-JKF<br>CHAPTER 13 |

**CERTIFICATE OF SERVICE**

I, Nathalie Paul, Esq., attorney for Movant, do hereby certify that true and correct copies of the

Withdrawal of Appearance/Entry of Appearance has been served on the 10th day of March, 2020,

upon those listed below:

Service by First-Class Mail:

Shawn S Smith, Debtor
7533 Dickens Place
Philadelphia, PA 19153

and Service by NEF/ECF:

DAVID M. OFFEN, Debtors Attorney at dmo160west@gmail.com
SCOTT F. WATERMAN, Trustee at ECFMail@ReadingCh13.com
OFFICE OF THE UNITED STATES TRUSTEE at USTPRegion03.PH.ECF@usdoj.gov

　　　　　　　　　　　　　　　　　　　/s/ Nathalie Paul
　　　　　　　　　　　　　　　　　　　Nathalie Paul, PA Bar No. 309118
　　　　　　　　　　　　　　　　　　　Attorney for Movant
　　　　　　　　　　　　　　　　　　　170 S. Independence Mall W., Suite 874W
　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　267-940-1643
　　　　　　　　　　　　　　　　　　　npaul@weltman.com