UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Shawn S Smith | : | NO.  18-15603-JKF |
| Debtor | | |

**NOTICE OF PRAECIPE TO CHANGE ADDRESS**

Pursuant to the above-captioned matter, kindly mark the court record of the debtor's new mailing address as follows:

>577 Arbor Hollow Circle
>Apt 202
>Cordova, TN 38018

>/s/ David M. Offen
>David M. Offen, Esquire
>Curtis Center, 1st Fl., Ste. 160 W
>601 Walnut Street
>Philadelphia, PA  19106
>215-625-9600

Dated: 5/1/20