Office Mailing Address:
Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 18-15603-AMC**

SHAWN S SMITH
577 ARBOR HOLLOW CIRCLE
APT 202
CARDOVA  TN    38018

Petition Filed Date: 08/23/2018
341 Hearing Date: 10/19/2018
Confirmation Date: 05/08/2019

Case Status: Open / Unconfirmed
## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/05/2019 | $425.00 | 108168606898 | 03/05/2019 | $425.00 | 25660464693 | 04/09/2019 | $425.00 | 108133029400 |
| 05/06/2019 | $425.00 | 25660496441 | 06/04/2019 | $480.00 | 25985205821 | 07/08/2019 | $480.00 | 25985225981 |
| 08/05/2019 | $480.00 | 25985245735 | 09/05/2019 | $480.00 | 25985254465 | 10/23/2019 | $480.00 | 25543969457 |
| 11/01/2019 | $480.00 | 25543982261 | 12/05/2019 | $480.00 | 26198712448 | 12/26/2019 | $480.00 | 26198709344 |
| 02/11/2020 | $480.00 | 25867088943 | 03/03/2020 | $480.00 | 25543973812 | 04/07/2020 | $480.00 | 26445607266 |
| 05/04/2020 | $480.00 | 26445613105 | 06/05/2020 | $480.00 | 26445606186 | 07/06/2020 | $480.00 | 26445626886 |
| 08/07/2020 | $480.00 | | | | | | | |

**Total Receipts for the Period:  $8,900.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $10,600.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 3 | AMERICAN INFOSOURCE LP »» 003 | Unsecured Creditors | $2,446.69 | $0.00 | $2,446.69 |
| 4 | AMERICAN INFOSOURCE LP »» 004 | Unsecured Creditors | $447.90 | $0.00 | $447.90 |
| 2 | CCAP AUTO LEASE LTD »» 02S | Secured Creditors | $18,045.35 | $4,367.58 | $13,677.77 |
| 2 | CCAP AUTO LEASE LTD »» 02U | Unsecured Creditors | $12,969.51 | $0.00 | $12,969.51 |
| 9 | QUANTUM3 GROUP LLC as agent for »» 009 | Unsecured Creditors | $1,055.10 | $0.00 | $1,055.10 |
| 10 | LVNV FUNDING LLC »» 010 | Unsecured Creditors | $1,119.32 | $0.00 | $1,119.32 |
| 8 | MITSUBISHI MOTORS CREDIT OF AMERICA INC »» 008 | Unsecured Creditors | $4,105.07 | $0.00 | $4,105.07 |
| 1 | PA DEPARTMENT OF REVENUE »» 01P | Priority Crediors | $136.74 | $136.74 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE »» 01U | Unsecured Creditors | $24.00 | $0.00 | $24.00 |
| 5 | PECO ENERGY COMPANY »» 005 | Unsecured Creditors | $579.87 | $0.00 | $579.87 |
| 7 | PHILADELPHIA GAS WORKS »» 007 | Unsecured Creditors | $381.72 | $0.00 | $381.72 |
| 12 | CITY OF PHILADELPHIA (LD) »» 012 | Secured Creditors | $316.39 | $63.56 | $252.83 |
| 13 | CITY OF PHILADELPHIA (LD) »» 013 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 18-15603-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 6 | POLICE & FIRE FCU<br>»» 006 | Unsecured Creditors | $7,016.21 | $0.00 | $7,016.21 |
| 11 | THE MONEY SOURCE INC<br>»» 011 | Mortgage Arrears | $2,627.37 | $635.95 | $1,991.42 |
| 14 | DAVID M OFFEN ESQUIRE<br>»» 014 | Attorney Fees | $4,000.00 | $4,000.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $10,600.00 | Current Monthly Payment: | $480.00 |
| Paid to Claims: | $9,203.83 | Arrearages: | ($370.00) |
| Paid to Trustee: | $951.15 | Total Plan Base: | $27,990.00 |
| Funds on Hand: | $445.02 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
   for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.