United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                          Case No. 18-15603-amc

Shawn S Smith                                                                                        Chapter 13

        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                                  User: admin                                                          Page 1 of 3

Date Rcvd: Apr 22, 2021                           Form ID: 138NEW                                          Total Noticed: 38

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2021:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Shawn S Smith, 577 Arbor Hollow Circle, Apt 202, Cordova, TN 38018-8199 |
| cr | + | THE MONEY SOURCE INC., P.O. Box 9013, Addison, TX 75001-9013 |
| cr | + | The Money Source Inc., 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| 14210627 | + | CIS Financial Services, Inc., c/o Mario J. Hanyon, Esq., 1617 JFK Blvd, Suite 1400, One Penn Center, Philadelphia, PA 19103-1823 |
| 14196479 | + | Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 14186136 | + | Cis Financial Servic, 369 10th Avenue Sw, Hamilton, AL 35570-6511 |
| 14481747 | + | MMCA, Its Successor and Assigns, c/o Nathalie Paul, Esquire, 170 S. Independence Mall W, Ste 874W, Philadelphia, PA 19106-3334 |
| 14186140 | | Mercy Fitzgerald Hospital, P.O. Box 822967, Philadelphia, PA 19182-2967 |
| 14186144 | + | PGW, Credit and Collections Department, 800 W. Montgomery Avenue, 3rd Floor, Philadelphia, PA 19122-2806 |
| 14186145 | + | Police &fire, 1 Greenwood Square Office Park, 3333 Street Rd., Bensalem, PA 19020-2022 |
| 14186146 | + | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 14334319 | | THE MONEY SOURCE INC., C/o Robert J. Davidow, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14279961 | + | The City of Philadelphia/Water Revenue Bureau, c/o Megan N. Harper, Esq., Municipal Services Building, 1401 JFK Blvd, 5th Floor, Philadelphia, PA 19102-1617 |
| 14324215 | + | The Money Source Inc., 500 S. Broad Street, Suite 100A, Meriden, CT 06450-6755 |
| 14334923 | + | The Money Source, Inc., c/o Robert J. Davidow, Esq., Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Blvd., Suite 1400, Philadelphia, PA 19103-1814 |
| 14448924 | + | The Money Source, Inc., c/o Rebecca A. Solarz, Esq., KML Law Group, PC, 701 Market Street, Ste 5000, Philadelphia PA 19106-1541 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | Email/Text: megan.harper@phila.gov | Apr 23 2021 02:27:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | + | Email/text: usapae.bankruptcynotices@usdoj.gov | Apr 23 2021 02:27:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/Text: megan.harper@phila.gov | Apr 23 2021 02:27:00 | City of Philadelphia, Law Department, c/o Megan N. Harper, 1401 JFK Blvd. Room 580, Philadelphia, PA 19102 |
| 14223102 | + | Email/Text: bknotifications@cishomeloans.com | Apr 23 2021 02:28:00 | CIS Financial Services, Inc., P.O. Box 1906, Hamilton, AL 35570-1906 |
| 14264206 | | Email/Text: megan.harper@phila.gov | Apr 23 2021 02:27:00 | City of Philadelphia, Law Department Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14186134 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 23 2021 02:15:18 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14202257 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 23 2021 02:13:26 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14186135 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 23 2021 02:15:19 | Capital One Na, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt |

District/off: 0313-2 | User: admin | Page 2 of 3
Date Rcvd: Apr 22, 2021 | Form ID: 138NEW | Total Noticed: 38

| | | | |
|---|---|---|---|
| | | | Lake City, UT 84130-0285 |
| 14202258 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 23 2021 02:13:26 | Capital One, N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14186137 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 23 2021 02:27:00 | Comenitycapital/modell, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14186138 | + Email/PDF: creditonebknotifications@resurgent.com | Apr 23 2021 02:13:27 | Credit One Bank, Attn: Bankruptcy, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14219426 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 23 2021 02:15:20 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14212118 | + Email/Text: BKRMailOps@weltman.com | Apr 23 2021 02:27:00 | MMCA, Its Successor and Assigns, c/o Weltman, Weinberg & Reis Co LPA, 323 W. Lakeside Ave Suite 200, Cleveland OH 44113-1009 |
| 14186141 | + Email/Text: bankruptcy@wofco.com | Apr 23 2021 02:27:00 | Mitsubishi Motors Credit of America, Attention: Bankruptcy Department, Po Box 9940, Mobil, AL 36691-0940 |
| 14203448 | + Email/Text: bankruptcygroup@peco-energy.com | Apr 23 2021 02:27:00 | PECO Energy Company, 2301 Market Street, S4-1, Philadelphia, PA 19103-1380 |
| 14186143 | + Email/Text: bankruptcygroup@peco-energy.com | Apr 23 2021 02:27:00 | Peco Energy, 2301 Market Street, Philadelphia, PA 19103-1380 |
| 14187321 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 23 2021 02:27:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 14218031 | Email/Text: bnc-quantum@quantum3group.com | Apr 23 2021 02:27:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14186147 | + Email/Text: bankruptcy@sw-credit.com | Apr 23 2021 02:27:00 | Southwest Credit Systems, 4120 International Parkway, Suite 1100, Carrollton, TX 75007-1958 |
| 14186148 | + Email/Text: consumerlending@sunfcu.org | Apr 23 2021 02:27:00 | Sun Federal Credit Union, Attn: Bankruptcy, 1627 Holland Dr, Maumee, OH 43537-1622 |
| 14186149 | + Email/Text: dbogucki@trumark.org | Apr 23 2021 02:28:00 | Trumark Financial Credit Union, Attn: Bankruptcy, 335 Commerce Dr, Fort Washington, PA 19034-2701 |
| 14186150 | Email/Text: megan.harper@phila.gov | Apr 23 2021 02:27:00 | Water Revenue Bureau, 1401 JFK Blvd., Philadelphia, PA 19102-1663 |

TOTAL: 22

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14186139 | *+ | Credit One Bank, Attn: Bankruptcy, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14186142 | *+ | Mitsubishi Motors Credit of America, Attention: Bankruptcy Department, Po Box 9940, Mobil, AL 36691-0940 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

District/off: 0313-2                 User: admin                   Page 3 of 3

Date Rcvd: Apr 22, 2021            Form ID: 138NEW            Total Noticed: 38

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2021                   Signature:           /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2021 at the address(es) listed below:**

**Name**                **Email Address**

BRIAN THOMAS LANGFORD
on behalf of Creditor MMCA Lease LTD  its Successors and Assigns PitEcf@weltman.com

DAVID M. OFFEN
on behalf of Debtor Shawn S Smith dmo160west@gmail.com  davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

JEROME B. BLANK
on behalf of Creditor The Money Source Inc. paeb@fedphe.com

MARIO J. HANYON
on behalf of Creditor CIS Financial Services  INC wbecf@brockandscott.com, wbecf@brockandscott.com

MEGAN N. HARPER
on behalf of Creditor City of Philadelphia megan.harper@phila.gov  karena.blaylock@phila.gov

NATHALIE PAUL
on behalf of Creditor MMCA Lease LTD  its Successors and Assigns npaul@weltman.com, pitecf@weltman.com

REBECCA ANN SOLARZ
on behalf of Creditor The Money Source Inc. bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
on behalf of Creditor THE MONEY SOURCE INC. bkgroup@kmllawgroup.com

ROBERT J. DAVIDOW
on behalf of Creditor THE MONEY SOURCE INC. robert.davidow@phelanhallinan.com

ROBERT J. DAVIDOW
on behalf of Creditor The Money Source Inc. robert.davidow@phelanhallinan.com

SCOTT F. WATERMAN (Chapter 13)
ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

WILLIAM MILLER*R
on behalf of Trustee WILLIAM MILLER*R ecfemail@FredReigleCh13.com  ECF_FRPA@Trustee13.com

TOTAL: 13

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

---

In Re: Shawn S Smith

          Debtor(s)

Bankruptcy No: 18−15603−amc

Chapter: 13

---

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1.  The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

900 Market Street
Suite 400
Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

For The Court
Timothy B. McGrath
Clerk of Court

Dated: 4/22/21

81 − 80
Form 138_new
